UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURJIT SINGH, | CASE NO. C08-1667-RSL-BAT |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondent. | |

On December 3, 2008, the Court ordered respondent to file a Return and Status Report ("RSR") to petitioner's Petition for Writ of Habeas Corpus within thirty (30) days after service. (Dkt. 7). The Civil Docket indicates that service was received on December 9, 2008. (Dkts. 8 and 9). To date, respondent has not filed a RSR.

(1) Accordingly, respondent shall show cause no later than January 30, 2009, why the Petition should not be granted by filing a RSR as provided in 28 U.S.C. § 2243.

(2) The Clerk shall forward a copy of this Order to petitioner and to the Honorable Robert S. Lasnik.

DATED this 14th day of January, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO SHOW CAUSE