UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURJIT SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>    Respondent. | Case No. C08-1667-RSL-BAT<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record finds and orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, respondent's cross-motion to dismiss, Dkt. 12, is GRANTED; and this action is DISMISSED with prejudice; and

3. The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 14th day of April, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL